### 11181. SAVANNAH ELECTRIC COMPANY *v.* FALCONE.

SMITH, J. 1. The motion for a new trial in this case being based on the usual general grounds only, and there being some evidence to support the verdict, which has the approval of the trial judge, this court will not interfere.

2. Not being fully convinced that the case was brought to this court for delay only, the request of the defendant in error that damages be awarded against the plaintiff in error, as provided in section 6213 of the Civil Code of 1910, is denied.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*
DECIDED MARCH 18, 1920.

Action for damages; from city court of Savannah — Judge Freeman. October 28, 1919.

See same case, 24 *Ga. App.* 69.

*Osborne, Lawrence & Abrahams,* for plainiff in error.
*M. H. Bernstein, F. P. McIntire,* contra.